## AT NISI PRIUS, AT WILKESBARRE, OCTOBER ASSIZES, 1799.

### CORAM, YEATES AND SMITH, JUSTICES.

RESPUBLICA *against* NATHANIEL GOSS and JESSE SCOTT.

On an ejectment for perjury on a trial at Nisi Prius, the postea must be produced in evidence.

INDICTMENT for perjury, in a trial at Nisi Prius at Wilkesbarre; on the 16th October 1797, in an action of forcible entry and detainer, prosecuted by Obadiah Scott against Rufus Lawrence, in falsely swearing that the said Obadiah made a shelter and planted corn on the premises for which the action was brought, &c.

The prosecutor neglected to bring up the postea.

By the court. This is essentially necessary (1 Stra. 162,) to prove that the trial was had, and any (4 Term. Rep. 550.) variances from the record may be taken advantage of by the defendants. Here the perjury is assigned to have been in action of an indictment for forcible entry and detainer. Another error strikes us, which even on a conviction would be successfully urged in arrest of judgment; the defendants are joined in one indictment for perjury, but this is a distinct act in each. Adjudged 2 Stra. 921. 2 Burr. 985.

Verdict not guilty.

Mr. Hall, *pro repub.* Mr. Catlyn, *pro def.*